JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN FELAHY**, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LINCOLN BENEFIT LIFE COMPANY.**, a Nebraska corporation; and **DOES 1 – 20**, inclusive,<br><br>　　　　　　　　Defendant. | Case No. 2:25-cv-01049-PD<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

　　On March 12, 2024, Parties entered into a settlement agreement releasing all claims and each party to bare their own attorneys' fees and costs. Defendant fulfilled their settlement obligations on March 24, 2025. Therefore, Plaintiff subsequently filed requests for dismissal of the entire action in both State and Federal Court Proceedings.

　　The Court, having considered Plaintiff's Voluntary Dismissal of entire action and finding good cause therefor, hereby GRANTS the Voluntary Dismissal of entire action and ORDERS as follows

　　1. The Entire Action be dismissed with prejudice as to all parties.

IT IS SO ORDERED.

Dated: March 27, 2025



HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE